```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 23307
   ALBERT NEIL WILLIAMS JR
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3631

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 06/18/2004 and was confirmed 01/03/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  70.00%.

      The case was dismissed after confirmation 07/09/2007.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                         PAID            PAID
-----------------------------------------------------------------------
77TH ST DEPOT FEDERAL C   SECURED          5575.00         290.43         5575.00
77TH ST DEPOT FEDERAL C   UNSECURED        9121.78            .00         1968.54
ARONSON FURNITURE         SECURED           500.00          22.19          500.00
ARONSON FURNITURE         UNSECURED      NOT FILED            .00             .00
77TH ST DEPOT FEDERAL C   UNSECURED      NOT FILED            .00             .00
NORTHSTAR CREDIT UNION    UNSECURED        5070.49            .00         1094.24
CITY OF CHICAGO PARKING   UNSECURED        5180.00            .00         1117.89
PREMIER BANCARD CHARTER   UNSECURED         472.18            .00          101.91
NATIONAL CAPITAL MANAGEM  UNSECURED        1685.01            .00          363.65
JEFFERSON CAPITAL SYSTEM  UNSECURED        1336.33            .00          275.36
JEFFERSON CAPITAL SYSTEM  UNSECURED        1063.12            .00          229.41
NCO FINANCIAL             UNSECURED         539.03            .00          111.08
COMMONWEALTH EDISON       UNSECURED      NOT FILED            .00             .00
A ALL FINANCIAL SERVICES  FILED LATE       1243.02            .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                          786.84
DEBTOR REFUND             REFUND                                            19.50

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               15,156.04

PRIORITY                                        .00
SECURED                                    6,075.00
    INTEREST                                 312.62
UNSECURED                                  5,262.08
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                         786.84
DEBTOR REFUND                                 19.50
                                       --------------
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 23307 ALBERT NEIL WILLIAMS JR

```
TOTALS                                    15,156.04              15,156.04
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
  Dated: 05/23/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```